IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RAYMOND L. DOWNUM,<br>Register No. 176023,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE LONG, Chairman, et al.,<br><br>    Defendants. | No. 08-4207-CV-C-SOW |

## ORDER

  On October 29, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's claims against defendant Long in his individual capacity, as well as plaintiff's damage claims, be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

  A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

  IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 29, 2008, is adopted. [8] It is further

  ORDERED that plaintiff's claims against defendant Long in his individual capacity, as well as plaintiff's damage claims, are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

                /s/Scott O. Wright
                SCOTT O. WRIGHT
                Senior United States District Judge

Dated: November 25, 2008